D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, )
 )
   *Petitioner*, ) Miscellaneous Action
 - against - ) No. 07-Misc-540
 )
PETER H. KAO, ) (Garaufis, J.)
 )
   *Respondent*. )

## ORDER

Upon the Petition to Enforce an Internal Revenue Summons, together with the papers in support thereof, and the Court having issued an Order to Show Cause dated December 28, 2007 requiring the appearance of respondent Peter H. Kao, and respondent having failed to appear on the return date,

IT IS HEREBY ORDERED that on or before February 18, 2008, respondent Peter H. Kao shall provide IRS revenue officer Robert Mc Garry with all documents regarding his tax liability for years ending December 31, 2004 and December 31, 2005, including but not limited to all information requested in the IRS Summons dated March 6, 2007, and appear before revenue officer Robert Mc Garry to give testimony concerning his tax liability for those years, at One Lefrak City Plaza, Corona, New York 11368.

IT IS HEREBY ORDERED that service of a copy of this Order upon respondent Peter H. Kao by certified mail shall be deemed good and sufficient service.

SO ORDERED:

Dated: Brooklyn, New York
January 30, 2008

/signed/
_____
NICHOLAS G. GARAUFIS
United States District Judge